**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ADDARREN COTTONHAM** | **:** | |
| **[DOC# 388770]** | **:** | **CIVIL ACTION** |
| | **:** | |
| **VERSUS** | **:** | |
| | **:** | **NUMBER: 14-00729-JJB-RLB** |
| **CAPT. JASON ALLEN, ET AL.** | **:** | |

************************************************************************************

**JOINT MOTION TO DISMISSWITH PREJUDICE**

**NOW INTO COURT,** through undersigned counsel, comes inmate plaintiff, Addarren Cottonham [DOC# 388770], and defendants, Msgt. Raymond Green, Maj. Douglas Stroughter, Col. John Smith, and Capt. Michael Allen, (collectively "the parties"), who hereby move to dismiss the above-captioned matter with prejudice as the claim has been settled to the satisfaction of all the parties.

Respectfully submitted,

*/s/ Donna U. Grodner*
Donna U. Grodner [LSBA# 20840]
GRODNER ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, LA 70808
*Attorney for Inmate Plaintiff*

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

BY: */s/ Grant Lloyd Willis*
Grant Lloyd Willis, La. Bar No. 34820
Assistant Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this, the 16th of December, 2016, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/ Donna U. Grodner*
Donna Unkle Grodner
*Attorney for Inmate Plaintiff*

*/s/ Grant L. Willis*
Grant Lloyd Willis
Assistant Attorney General
*Attorney for Defendants*