**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ADDARREN COTTONHAM** | **:** | |
| **[DOC# 388770]** | **:** | **CIVIL ACTION** |
| | **:** | |
| **VERSUS** | **:** | |
| | **:** | **NUMBER: 14-00729-JJB-RLB** |
| **CAPT. JASON ALLEN, ET AL.** | **:** | |

**************************************************************************

**JUDGMENT**

Considering the Parties' *Joint Motion to Dismiss with Prejudice* filed in the above captioned matter:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this ________ day of ________________, 201___.

________________________________
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA